# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 5, 2007*

[Cite as *01/05/2007 Case Announcements,* 2007-Ohio-15.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration of appellee's fourth, fifth, and sixth notices of appellant's failure to pay sanctions, and appellant's motions for leave to file responses to the notices of failure of payment, a complaint for conversion and bad faith, a motion to dismiss notices of failure to pay sanctions, and to initiate contempt proceedings. Upon consideration thereof,

It is ordered by the court that appellant's motions are denied.

It is further ordered, sua sponte, that appellant is found to be in contempt of this court, and appellee Seaway Food Town, Inc., may pursue collection of the attorney fee award. The Clerk of this court shall issue a certificate of judgment.

**2006–1686. Bedford Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2004–V–1310 and 2004–V–1311. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to consolidate this case with 2005–2311, *Bedford Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision,* Board of Tax Appeals, Nos. 2004–A–287 and 2004–A–288,

It is ordered by the court that the motion is granted for purposes of oral argument.

**2006–2177. Coburn v. Thrush.**
Morrow App. No. 2005CA0018, 2006-Ohio-5354. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion to strike the memorandum in support of jurisdiction for improper service,

It is ordered by the court that the motion is denied.

It is further ordered, sua sponte, that appellee may file a memorandum in response to the memorandum in support of jurisdiction within thirty days of the date of this entry.